# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Aurelia Beiza,

V.                                                               **JUDGMENT IN A CIVIL CASE**

United States of America,

CASE NUMBER:   06cv1631 L(LSP)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the motion to dismiss the action is dismissed with prejudice and each party to bear his or her own attorney's fees and costs of suit..................................................................................................................
..........................................................................................................................................................

| December 21, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | B. Robinson |
| | (By) Deputy Clerk |
| | ENTERED ON December 21, 2006 |